```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

                  -v-                            1:16-cr-00396-GHW

    TREVOR WATSON,                       ORDER

                      Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 13, 2021, the Clerk of Court filed a December 12, 2020 letter from Trevor Watson requesting that the Court grant him early release. Dkt. No. 736. The Court requests that the United States file any response to that application no later than January 29, 2021.

The Clerk of Court is directed to mail a copy of this order to Mr. Watson at the address identified at page 3 of Dkt. No. 736.

SO ORDERED.

Dated: January 18, 2021

                                                      GREGORY H. WOODS
                                                 United States District Judge